UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 13-2807 FMO (SHx)** | Date | May 13, 2013 |
|---|---|---|---|
| Title | **George Borquez v. Allstate Insurance Co., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re:  Remand

On April 22, 2013, this action was removed to this court on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  However, it appears that not all plaintiffs are diverse from all defendants.  See Exxon Mobil Corp. v. Allapattah Servs., Inc., 545 U.S. 546, 553, 125 S.Ct. 2611, 2617 (2005) ("In a case with multiple plaintiffs and multiple defendants, the presence in the action of a single plaintiff from the same State as a single defendant deprives the district court of original diversity jurisdiction[.]"); Strawbridge v. Curtiss, 7 U.S. (3 Cranch) 267 (1806) (all parties in a suit must be entitled to sue or be sued in federal court).  Accordingly, IT IS ORDERED that:

1.  No later than **May 20, 2013**, defendants shall show cause in writing why this action should not be remanded for the reasons noted above.  This deadline shall not extend the time for responding to any motion for remand filed by plaintiff.  Plaintiff may submit a response in the same time period.  If plaintiff wishes to move for remand based on this procedural defect, plaintiff must file a regularly noticed motion for remand no later than **May 22, 2013**.  See 28 U.S.C. § 1447(c) ("A motion to remand the case on the basis of any defect other than lack of subject matter jurisdiction must be made within 30 days after the filing of the notice of removal").

2.  A copy of all papers filed with the court shall be delivered to the drop box outside chambers at Suite 520, Spring Street Courthouse, 312 North Spring Street, **no later than 12:00 noon the following business day**.  All chambers copies shall comply fully with the document formatting requirements of Local Rule 11-3, including the "backing" requirements of Local Rule 11-3.5.  Counsel may be subject to sanctions for failure to deliver a mandatory chambers copy in full compliance with this Order and Local Rule 11-3.

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer    VDR |