JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BORQUEZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>ALLSTATE INSURANCE COMPANY,<br>JEFFRY BURKHARDT, and DOES 1<br>through 50, Inclusive,<br><br>              Defendants. | Docket No. CV13-2807 FMO (SHx)<br><br>Assigned to the<br>Hon. Fernando M. Olguin<br>Courtroom 22<br><br>**ORDER DISMISSING ACTION<br>WITH PREJUDICE**<br><br>Trial Date: July 15, 2014<br><br>Complaint Filed: March 22, 2013 |

       Based upon the Stipulation to Dismiss Action with Prejudice, filed by the parties in the above captioned action,

       **IT IS HEREBY ORDERED** that the within action is dismissed with prejudice, each party to bear their own costs and fees.


DATED: February 19, 2014

                                        /s/
                                        **The Honorable Fernando M. Olguin**
                                        United States District Court
                                        Central District of California